# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAMS & FUDGE, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01169-AWI-SAB<br><br>ORDER RE STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

　　　　Plaintiff Jogert Abrantes filed this action on August 29, 2018. (ECF No. 1.) On August 30, 2018, the scheduling order issued setting the mandatory scheduling conference in this action for November 20, 2018. (ECF No. 3.) On September 4, 2018, a waiver of service was returned executed on August 31, 2018. (ECF No. 4.) Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading was due sixty days after the request for a waiver was sent. Fed. R. Civ. P. 12(a)(1)(A)(ii). More than sixty days have passed and no responsive pleading, stipulation to extend time for defendant to respond to the complaint, nor request for entry of default have been filed.

　　　　Accordingly, IT IS HEREBY ORDERED that within **five days** of the date of entry of this order, Plaintiff shall either file a request for entry of default or notice regarding the status of this action.

IT IS SO ORDERED.

Dated: **November 7, 2018**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE