# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAMS & FUDGE, INC.,<br><br>    Defendant. | Case No. 1:18-cv-01169-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 7)<br><br>SIXTY DAY DEADLINE |

On November 7, 2018, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __November 8, 2018__

UNITED STATES MAGISTRATE JUDGE

1